UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In re

Case No. 09-75107-SCS

BOOK DISTRIBUTION CENTER INC

Chapter 7

Debtor(s)

REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C.
§347, the trustee herein submits a check payable to "Clerk, United
States Bankruptcy Court" representing small dividends to be deposited
by the Clerk of Court into the Treasury of the United States.  Said
funds are subject to withdrawal as provided by 28 U.S.C. 2042 and
shall not escheat under any state law.  The small dividend(s)
represent the dividend(s) due and payable to:

Creditor's Name and Address                Amount of Dividend

Internal Revenue Service                        $0.04
P.O. Box 21126
Philadelphia, PA   19114

Dated: May 24, 2011

Tom C. Smith, Trustee
P.O. Box 1506
Virginia Beach, VA   23451

(757) 428-3481

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of
Deposit of Small Dividends was electronically served or mailed to the
Office of the United States Trustee at 200 Granby Street, Room 625,
Federal Building, Norfolk, VA 23510 on May 26 2011.

Tom C. Smith

Tom C. Smith, Trustee
P.O. Box 1506
Virginia Beach, VA   23451
(757) 428-3481
VSB#14203